**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CELACARE TECHNOLOGIES, INC.,

       Plaintiff,

   v.

CIRCLE INTERNET FINANCIAL, LLC,

       Defendant.

Civil Action No. 24-cv-12322

Jury Trial Demanded

**DEFENDANT CIRCLE INTERNET FINANCIAL, LLC'S
RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Circle Internet Financial, LLC states that Circle Internet Holdings, Inc. is its sole member, and that no publicly held corporation owns more than 10% of Circle Internet Holdings, Inc.'s stock.

Dated: October 18, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

*/s/ Matthew D. Gorman*
Matthew D. Gorman (#569406)
One Boston Place
201 Washington Street
Boston, Massachusetts 02108
Telephone: (212) 497-7786
Email: mgorman@wsgr.com

OF COUNSEL:

Joshua A. Baskin
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Email: jbaskin@wsgr.com

*Counsel for Defendant Circle Internet
Financial, LLC*