IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELACARE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v.- <br><br> CIRCLE INTERNET FINANCIAL, LLC, <br><br> Defendant. | Civil Action No. 24-cv-12322 <br><br> Jury Trial Demanded |

**CIRCLE INTERNET FINANCIAL, LLC'S UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant Circle Internet Financial, LLC ("Circle"), by and through its undersigned counsel, hereby moves this Court for leave to file a reply in further support of its motion to dismiss all claims against it in the Complaint (Dkt. 1) pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion to Dismiss").  Plaintiff does not oppose Circle's motion.

Circle respectfully submits that good cause exists for seeking the requested relief from the Court.  Circle timely filed its Motion to Dismiss and papers in support thereof on October 18, 2024 (Dkt. 12, 13).  Plaintiff filed his opposition to the Motion to Dismiss on November 1, 2024 (the "Opposition") (Dkt. 17).  The Opposition raises, for the first time, new legal and factual assertions relevant to the scope and applicability of the Delaware UCC in this action.  Specifically, the Opposition raises a new argument that absent from the Complaint regarding the structure and history of the Delaware UCC (*id.* at 4–7).  It also raises new arguments—again absent from the Complaint—regarding whether USDC is a certificated security, which is a question Plaintiff states has never been addressed by a court of competent jurisdiction (*id.* at 7–10).  And the Opposition further raises arguments about "money had and received" based on an unjust enrichment theory that have not been alleged in the Complaint (*id.* at 16–20).  Circle, therefore, submits that a reply

-2-

brief is necessary to complete the record and to aid the Court in its analysis of the issues and arguments presented in the Motion to Dismiss.

WHEREFORE, Circle respectfully requests that the Court grant Circle leave to file a reply brief in further support of its Motion to Dismiss of no more than 10 pages on or before November 12, 2024.

| | |
|---|---|
| Date: November 4, 2024 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |
| | */s/ Joshua A. Baskin* |
| | Joshua A. Baskin (*pro hac vice*) |
| | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | One Market Plaza |
| | Spear Tower, Suite 3300 |
| | San Francisco, California 94105 |
| | Telephone: (415) 947-2000 |
| | Email: jbaskin@wsgr.com |
| | *Counsel for Defendant Circle Internet Financial, LLC* |

## CERTIFICATE OF SERVICE

I, Joshua A. Baskin, hereby certify that on November 4, 2024, I caused Circle Internet Financial, LLC's Motion for Leave to File Reply in Further Support of Its Motion to Dismiss to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all registered participants.

Date: November 4, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

*/s/ Joshua A. Baskin*
Joshua A. Baskin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Email: jbaskin@wsgr.com

*Counsel for Defendant Circle Internet Financial, LLC*